UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE K. POOLE,

Plaintiff,

v. Case No: 8:26-cv-02446-JLB-AAS

DIMMITT SOUTH,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 9), recommending that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) be denied. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 9) is **ADOPTED** and made a part of this Order for all purposes.
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff is **DIRECTED** to pay the filing fee to continue this action within 14 days of the adoption of this order, and Plaintiff is advised that failure to timely pay the filing fee may result in the dismissal of this matter without further notice. *See* Local Rule 3.10(a), M.D. Fla.

**IT IS SO ORDERED** in Tampa, Florida, on October 21, 2026.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE